

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00396-CV

———————————————

SCOTT LOUIS DAMON, Appellant

V.

CATELYN BRIANNE ROSE DAMON, Appellee

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-707562-21

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 5, 2022